HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00075 DAD |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| SEBASTIAN ALYXANDER NEWMAN, | |
| *Defendant.* | |

Defendant, Sebastian Alyxander Newman, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On January 3, 2018, Mr. Newman was sentenced to 24 months in custody followed by 3 years of supervised release. He began serving his term of supervised release on September 16, 2019. Mr. Newman submits the attached Financial Affidavit for the Court's consideration when determining whether he qualifies for appointed counsel.

DATED: April 8, 2021                                          */s/ Eric V Kersten*
                                                                           ERIC V. KERSTEN
                                                                           Assistant Federal Defender
                                                                           Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **April 8, 2021**             /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE